September 20, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-12-00407-CR                                  V.

CALLEY MARIE CLARK, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceeding in accordance with its opinion.

We further order this decision certified below for observance.